AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 1029(a)(2) - Access Device Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
Maximum prison term of 20 years
Maximum fine of $250,000
Maximum term of supervised release of 3 years
Mandatory special assessment of $100

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 13 P 12: 00

DEFENDANT - U.S.

JOCELYN SARAH KIRSCH a/k/a SARAH KIRSCH

DISTRICT COURT NUMBER

CR 17 485 SI

---

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

USPS OIG Sunny Singh

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          BRIAN J. STRETCH

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)       Randall Leonard

---

### DEFENDANT

#### IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges       } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2

3   

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,            )   CR 17    485   SI
                                         )   CASE NO.
13      Plaintiff,                       )
                                         )   VIOLATION:
14      v.                               )   18 U.S.C. § 1029 – Access Device Fraud;
                                         )   18 U.S.C. §§ 982, 1029 – Forfeiture
15  JOCELYN SARAH KIRSCH,                )
    a/k/a SARAH KIRSCH,                  )
16                                       )   SAN FRANCISCO VENUE
        Defendant.                       )
17  _____)

18

19                        I N F O R M A T I O N

20  The United States Attorney charges:

21                       Introductory Allegations

22      1.      The defendant, JOCELYN SARAH KIRSCH, a/k/a Sarah Kirsch, is an individual who

23  resided in the Northern District of California.

24      2.      Victim-1 is an individual who resided in the Northern District of California.

25      3.      Victim-2 is an individual who resided in the Northern District of California.

26  COUNT ONE: (18 U.S.C. § 1029(a)(2) – Access Device Fraud)

27      4.      Paragraphs 1 through 3 are re-alleged and incorporated here by reference.

28

INFORMATION
                                    1

5.    From at least in or about June 2016, up to and including in or about January 2017, in the Northern District of California, the defendant,

JOCELYN SARAH KIRSCH, a/k/a Sarah Kirsch,

knowingly and with intent to defraud, as part of an offense affecting interstate and foreign commerce, used one or more unauthorized access devices and by such conduct obtained anything of value aggregating $1,000 or more—to wit, the defendant fraudulently used the name and credit card account number of Victim-1 and Victim-2 to purchase services and items totaling approximately $5,500 from various merchants, all in violation of Title 18, United States Code, Section 1029(a)(2).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 982, 1029)

1.    Paragraphs 1 through 5 of this Information are re-alleged and fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982 and 1029.

2.    Upon conviction of the offense alleged in Count One, the defendant,

JOCELYN SARAH KIRSCH, a/k/a Sarah Kirsch,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any property constituting or derived from proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any personal property used or intended to be used to commit, or facilitate the commission, of the offense.  The property to be forfeited includes, but is not limited to, the following:

      a.    identification documents in the name of other individuals;

      b.    documents and digital images containing the means of identification of other individuals;

      c.    counterfeit and unauthorized access devices, including credit cards in the name of other individuals;

      d.    two 18-by-24 foot Crate&Barrel Gallery Frames (Order # 133824445);

      e.    Inno Gravity Ski and Snowboard Roof Rack (Amazon Standard Identification

INFORMATION

2

1    Number (ASIN) B004JME5SI);

2    f.    ROLA 59833 Removable Anchor Point Extreme AP-GX Series Roof Rack (ASIN

3          B004R31XY8);

4    g.    Multifunctional Air Bed w/ Travel Mattress and Back Seat Extension (ASIN

5          B00K8EJA5Y);

6    h.    Golden by Tna – Larsen Parka (Item # 60617);

7    i.    Metallic Rose Gold Pillow Cover (Item # 3940876);

8    j.    Luster Velvet Dust Blush Pillow Cover (Item # 8807831);

9    k.    two Luster Velvet Stone Pillow Covers (Item #8807872);

10   l.    Nuloom Distressed Traditional Vintage Medallion Grey Rug (SKU 19034942);

11         and

12   m.    Nuloom Handmade Casual Grey Runner Rug (SKU 18406698)

13   3.   If any of said property, as a result of any act or omission of the defendant:

14   a.    cannot be located upon exercise of due diligence;

15   b.    has been transferred to, sold to, or deposited with a third person;

16   c.    has been placed beyond the jurisdiction of the Court;

17   d.    has been substantially diminished in value; or

18   e.    has been comingled with other property which cannot be subdivided without

19   difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to

20   Title 21, United States Code, Section 853(p).

21

22   DATED: 9/13/17                    BRIAN J. STRETCH
                                       United States Attorney
23

24

25                                     HALLIE HOFFMAN
                                       Acting Chief, General Crimes
26

27

28

INFORMATION

3

1   (Approved as to form: _____ )
         AUSA RANDALL LEONARD

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

4