1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4
   RANDALL LEONARD (FLBN 0056205)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7018
      Fax: (415) 436-7234
8     E-mail: randall.leonard@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   CASE NO. CR 16-479 CRB
                                       )   CASE NO. CR 17-485 SI
14       Plaintiff,                    )
         v.                            )   **NOTICE OF RELATED CASES IN A**
15                                     )   **CRIMINAL ACTION**
    JOCELYN SARAH KIRSCH,              )
16                                     )
         Defendant.                    )
17                                     )
                                       )
18  _____)
    UNITED STATES OF AMERICA,          )
19                                     )
         Plaintiff,                    )
20       v.                            )
                                       )
21  JOCELYN SARAH KIRSH, a/k/a         )
    "SARAH KIRSCH"                     )
22                                     )
         Defendant.                    )
23  _____)

24

25     The United States respectfully submits this Notice of Related Cases in a Criminal Action under

26  Local Criminal Rule 8-1.  The United States hereby gives notice that the following two recently filed

27  criminal cases are related:

28

    NOTICE OF RELATED CASES            1

(1) *United States v. Jocelyn Sarah Kirsch*, Case No. CR 16-479 CRB, assigned to Judge Breyer; and

(2) *United States v. Jocelyn Sarah Kirsch, a/k/a Sarah Kirsch* Case No. CR 17-485 SI, assigned to Judge Illston.

The first case is a petition for revocation of supervised release (a "Form 12") filed on May 3, 2017, and the second is a felony information filed on September 13, 2017.

Both cases allege the same misconduct on the basis of the same facts: that Ms. Kirsch, without authorization, used the means of identification of unknowing victims—namely, their credit card and personally identifiable information—to fraudulently acquire goods and services for her own benefit.

The two cases are related within the meaning of Local Criminal Rule 8-1(b)(1) because they involve the same defendant and the same facts. Furthermore, the parties have reached, in principle, a global resolution to both cases. In fact, once the cases are related, the parties will file a stipulation seeking to schedule a change-of-plea hearing in early November.

At that hearing, the parties anticipate that Ms. Kirsch will change her plea in both cases. For this reason, the cases are also related under Local Criminal Rule 8-1(b)(2) (defining related cases as those likely to create duplication of judicial labor if heard by different judges).

The government submits that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: September 14, 2017         Respectfully submitted,

                                  BRIAN J. STRETCH
                                  United States Attorney


                                  _____/S/_____
                                  RANDALL LEONARD
                                  Assistant United States Attorney

NOTICE OF RELATED CASES                    2