UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN SARAH KIRSCH,<br><br>Defendant. | Case No. 16-CR-479-CRB<br>and       17-CR-485-CRB<br><br>[~~PROPOSED~~] **ORDER TO FILE DECLARATION OF COUNSEL REGARDING CONFLICT OF INTEREST UNDER SEAL, PURSUANT TO CIVIL L.R. 79-5.** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the following documents, submitted by counsel for Sarah Kirsch, be filed under seal:

1. Declaration of Counsel Regarding Conflict of Interest

Dated: March 12, 2018

By: _____
THE HONORABLE CHARLES R. BREYER