ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RANDALL LEONARD (FLBN 0056205)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7018
    Fax: (415) 436-7234
    Email: Randall.Leonard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NOS. CR 16-479 CRB |
| | )        CR 17-485 CRB |
| Plaintiff, | ) |
| | ) GOVERNMENT'S NOTICE OF WITHDRAWAL |
| v. | ) FROM PLEA AGREEMENT |
| | ) |
| JOCELYN SARAH KIRSCH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

       On November 15, 2017, Defendant Jocelyn Kirsch, as part of a plea agreement, pleaded guilty to a violation of her supervised released and to one count of access-device fraud, a violation of 18 U.S.C. § 1029(a)(2). *See* CM-ECF, Case 3:17-cr-00485-CRB, Doc. No. 8. Under that agreement, Kirsch further agreed that, pending the Court's imposition of her sentence, she would not violate the terms of her pretrial release or provide any false information to the Court or the Probation Office. *See id.* at ¶ 11. If she did, the agreement said, "the government will be released from all of its promises in the [a]greement" while Kirsch will still be bound by her guilty plea. *See id.*

       On March 2, 2018, Kirsch appeared before the Court for sentencing. There, the government learned that Kirsch likely violated the terms of her plea agreement by providing false information to her

GOV'T NOTICE OF WITHDRAWAL
CR 16-479; CR 17-485

probation officer and the Court. Having recently discovered this fact as well, the Court continued Kirsch's sentencing.

The government has since consulted with Kirsch's probation officer and has concluded that Kirsch did in fact provide false information to the probation office—in short, that Kirsch violated the terms of her plea agreement. Therefore, as contemplated in and specifically authorized by paragraph 11 of the parties' plea agreement, the government notifies the Court of its withdrawal from the agreement. The parties are next scheduled to appear on April 24, 2018. The government recommends that the Court proceed with sentencing then, despite Kirsch's breach, a course of action the parties likewise contemplated and bargained for in the agreement. *See id.* at ¶ 11.

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: April 19, 2018

/s/
RANDALL LEONARD
Assistant United States Attorney