DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-1703
Email: doronweinberg@aol.com

Attorney for Defendant
JOCELYN SARAH KIRSCH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO.  CR-17-00485 CRB |
| | ) | CASE NO.  CR-16-00479 CRB |
| vs. | ) | |
| | ) | **DEFENDANT'S MOTION FOR VOLUNTARY SURRENDER OR,** |
| JOCELYN SARAH KIRSCH, | ) | **IN THE ALTERNATIVE,** |
| | ) | **POSTPONEMENT OF SENTENCING** |
| Defendant. | ) | |
| _____ | ) | DATE: July 11, 2018 |
| | | TIME: 10:00 AM |
| | | JUDGE: Hon. Charles R. Breyer |
| | | COURT: 6, 17th Floor |

Defendant Jocelyn Sarah Kirsch, through counsel, respectfully moves this Court for its Order allowing her to voluntarily surrender to the institution to which she is designated to serve her sentence of imprisonment in this matter.  Defendant makes this request because, as reflected in the letter attached hereto from Dr. Ravi Hariprasad, her treating psychiatrist, additional information is needed regarding the medications that will be available to her in prison.

Since this Court issued its Order on June 26, 2018 informing defendant that her sentencing would proceed on July 11 and it was the Court's intent to remand her at that time. Ms.

_____
Defendant's Motion for Voluntary Surrender Or,
In the Alternative, Postponement of Sentencing
(Case Nos. CR-17-00485 and CR-16-00479 CRB)        1

Kirsch, Dr. Hariprasad and undersigned counsel have been working diligently to determine what medications will be available to her and what adjustments will have to be made for those medications that will not be available. Unfortunately, this information has been difficult to obtain from the Bureau of Prisons, and efforts are continuing. It is believed that once Ms. Kirsch is designated to a particular institution, the information will be more readily available.

     Accordingly, defendant requests that she be allowed to voluntarily surrender so that she may learn her designation and that she and her treating psychiatrist can determine what arrangements must be made in order to insure that she receives appropriate treatment.

     In the alternative should the Court consider voluntary surrender to be inappropriate in this matter, defendant respectfully requests that her sentencing be postponed for sufficient time to permit her psychiatrist and counsel to obtain the necessary information about her medications.

Dated: July 9, 2018                                     Respectfully submitted,

                                                           LAW OFFICES OF DORON WEINBERG

                                                          /s/   Doron Weinberg
                                                         DORON WEINBERG
                                                         Attorney for Defendant
                                                         JOCELYN SARAH KIRSCH

---

Defendant's Motion for Voluntary Surrender Or,
In the Alternative, Postponement of Sentencing
(Case Nos. CR-17-00485 and CR-16-00479 CRB)          2