09/11/2019 04:12 PM PDT                                                                                                                                     Version 7.0.1   Page  1   of   1

# U.S. Courts
## Case Inquiry Report
Case Number: DCAN317CR000485; Party Number: N/A; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: N

**Case Number**  DCAN317CR000485     **Case Title**  USA V. KIRSCH

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CANA037748 | JOCELYN SARAH KIRSCH | CANA317-0004851 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | CANA037748 | JOCELYN SARAH KIRSCH | CANA317-0004851 | VICTIM J&S RESTITUTION | DCAN317CR000485/A | 5,330.27 | 0.00 | 5,330.27 |
| | | | | | | 5,430.27 | 100.00 | 5,330.27 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

---

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: Jocelyn S Kirsch

Amount $ 100.00        Date: 8/9/19